```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
_____
                            :
DAVID RICHMOND,             :
                            :
         Plaintiff,         :   Civ. No. 20-1079 (NLH)(SAK)
                            :
    v.                      :   MEMORANDUM OPINION AND ORDER
                            :
                            :
DOC OFFICERS,               :
                            :
         Defendants.        :
_____ :
```

APPEARANCES:

David Richmond
891862C
Northern State Prison
168 Frontage Road
Newark, NJ 07114

HILLMAN, District Judge

WHEREAS, Plaintiff David Richmond filed a complaint alleging officers and medical staff at South Woods State Prison were deliberately indifferent to his medical condition, ECF No. 1; and

WHEREAS, the Court permitted the complaint to proceed in part. ECF No. 14. However, the Court acknowledged that the Complaint could not be served on unknown John Doe defendants and directed Plaintiff to either identify the defendants or request discovery pursuant to Federal Rules of Civil Procedure 26(d) and 34(c) limited to discovering the identities of the John Doe DOC Officers, id.; and

1

WHEREAS, Plaintiff submitted a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, AO 88B (Rev. 02/14), ECF No. 17. However, the form was not filled out correctly; and

WHEREAS, Plaintiff must indicate on the form what information he wants the Department of Corrections or South Woods State Prison to provide him.  The "Inspection of Premises" section does not need to be completed; and

WHEREAS, the Court will direct the Clerk to send Plaintiff a new Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, AO 88B (Rev. 02/14) for his completion; and

WHEREAS, Plaintiff shall complete the form and return to the Clerk's Office within 45 days. Failure to return the form may result in dismissal of the complaint for lack of prosecution,

IT IS therefore on this 15th day of February, 2022,

ORDERED that the Clerk shall mail to Plaintiff a blank Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, AO 88B (Rev. 02/14); and it is further

ORDERED that Plaintiff shall complete the form and return to the Clerk's Office within 45 days. Failure to return the form

may result in dismissal of the complaint for lack of prosecution; and it is further

ORDERED that the Clerk shall provide the returned form to the U.S. Marshals, who shall serve the subpoena on the Warden of South Woods State Prison with all costs of service advanced by the United States; and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

At Camden, New Jersey

          s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.